UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JEROME MENDELL HAILEY,

        Plaintiff,

Case No. 1:18-cv-464

v.

Honorable Paul L. Maloney

LLOYD BLACKMAN,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).


Dated: May 11, 2018          /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                                United States District Judge