UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME MENDELL HAILEY,

    Plaintiff,

v.

    Case No. 1:18-cv-464

    HONORABLE PAUL L. MALONEY

LLOYD BLACKMAN,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  June 15, 2022

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge